COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     New York Party Shuttle, LLC  **V.**  John Bilello

Appellate case number:   01-11-01034-CV

Trial court case number: 0874793

Trial court:             151st District Court of Harris County

Date motion filed:       March 22, 2013

Party filing motion:     New York Party Shuttle, LLC

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebeca Huddle
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle


Date:  April 29, 2013